UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DERRELL DAVANTES,

                                       Plaintiff,

   -against-

DANIELLE ALAMRANI; and JOHN and JANE DOE 1-18 (individually and in their official capacities, the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                       Defendants.
------------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE**

Docket No.
    1:15-cv-07170

ECF Case

COMES NOW Plaintiff DERRELL DAVANTES (hereinafter "Plaintiff") by and through its attorneys, DeVerna Law, and respectfully responds to this Court's March 18, 2016 Order To Show Cause as to why Plaintiff's case should not be dismissed against Defendant Danielle Alamrani and John and Jane Doe 1-18.

1. On December 16, 2015, Plaintiff commenced the above captioned matter by filing a Complaint against the above police officers [ECF 1].

2. On December 29, 2015, a summons and complaint was properly filed upon Defendant Alamrani, with her answer due by January 19, 2016 [ECF 5].

3. On March 16, 2016, I contacted both the New York City Police Action Litigation Section and the New York City Law Department phone inquiring as to the status of the above captioned case and both indicated they would investigate the matter. On that same date, I submitted an inquiry letter to the New York City Law Department via the US Postal Service.

4. On March 17, 2016, I contacted a Deputy Chief in the New York City Law Department's Special Federal Litigation Unit inquiring as to the status of the above captioned case, and the Deputy Chief indicated she will assign an Assistant Corporation Counsel.

5. On March 18, 2016, this Court issued an Order to Show Cause [ECF 6].

6. Between March 18, 2016 and March 23, 2016, I repeatedly contacted the New York City Law Department on this matter, eventually being provided the contact information of the Assistant Corporation Counsel assigned to this matter.

7. On March 23, 2016, I spoke with the assigned Assistant Corporation Counsel, who indicated he would be seeking an enlargement of time and I informed him I would not oppose his request.

8. On March 23, 2016, the Assistant Corporation Counsel filed a request for an extension of time to File Answer [ECF 7].

9. Plaintiff is presently prepared to file an Application for Default Judgment if the Assistant Corporation Counsel's request is denied.

Plaintiff respectfully requests that this Court not dismiss this matter and allow Plaintiff to continue to prosecute its case against Defendants. I thank the Court for its time and attention to this matter and will diligently prosecute this case at all times going forward.

Dated:      March 24, 2016
            New York, New York

                                          JOHN PAUL DEVERNA
                                          Counsel for the Plaintiff

                                          *[signature]*
                                          _____
                                          By: John Paul DeVerna (JD4332)
                                          DeVerna Law
                                          305 Broadway, 14th Floor
                                          New York, NY 10007
                                          (212) 321-0025 (office)
                                          (212) 321-0024 (fax)

CC: Daniel Michael Braun, Esq. (By ECF)