2016-008158
SFT D. Brown

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DERRELL DAVANTES,

                             Plaintiff,

    -against-

DANIELLE ALAMRANI; GERARD IUCCI; GEORGE
CRISTINO; JOSEPHINE BARONEBAUER; LEANNA
BROWN; JUSTIN LONDONO; THOMAS SOSNOWSKI;
SEAN WILLIAMS; JOANNE NIEVES; EFRAIN JIMINEZ;
and JOHN and JANE DOE 1-9 (individually and in their
official capacities, the names John and Jane Doe being
fictitious, as the true names are presently
unknown),

                             Defendants.
------------------------------------------------------------X

**STIPULATION OF SETTLEMENT**

15CV7170 (CBA) (RLM)

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about December 16, 2015, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS,** defendants Officer Danielle Alamrani, Sergeant Gerard Iucci, Officer George Cristino, Officer Justin Londono, Officer Thomas Sosnowski, Lieutenant Sean Williams, Officer Efrain Jimenez, and Officer Joanne Nieves have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
  10/7/2016

DEVERNA LAW
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007
(212) 321-0025

By: _____
John Paul DeVerna

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants Alamrani, Iucci, Cristino, Londono, Sosnowski, Williams, Jimenez, and Nieves*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Daniel Braun
*Senior Counsel*

SO ORDERED:

_____
HON. CAROL B AMON
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016